JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 585 -- In re Invoil Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/01/31 | 1 | MOTION, MEMORANDUM, SCHEDULE, EXHIBITS AND CERT. OF SVC. -- Prudential-Bache Securities, Inc., Prudential-Bache Energy Corp., & Robert E. Green -- SUGGESTED TRANSFEREE DISTRICT: W.D. OKLAHOMA;  SUGGESTED TRANSFEREE JUDGE:             (emh) |
| 84/02/07 | 2 | REQUEST FOR EXTENSION OF TIME -- Pltfs. Bradbury, et al. -- GRANTED to & including 2/24/84 (emh) |
| 84/02/10 | | APPEARANCES:  JOHN M. FRIEDMAN, JR., ESQ. for Prudential-Bache Securities, Inc., Prudential-Bache Energy Corp. and Robert Green;  JEROME F. RASKAS, ESQ. for Robert Greenstein; W. TED MINICK, ESQ. for BancTexas Group., Inc.; C. CRAIG COLE, ESQ. for Roy A. Brandell, Larry J. Brandt, Linda L. Brandt, Invoil Drilling Fund 1980-II, Ltd., Invoil Kansas Drilling Fund 1980-II, Ltd., Invoil Kansas Drilling Fund 1980-III, Ltd., Invoil Texas Drilling Fund 1980, Ltd., Invoil Tri-State Drilling Fund 1981, Ltd., Invoil Horizon Drilling Fund 1981, Ltd., Invoil Salt Creek Drilling Fund, Ltd.; JOHN N. HERMES, ESQ. for H.E. Rainbolt; KENNETH R. MARCHMAN, ESQ. for Arthur Ally; JOHN B. HAYES, ESQ. for Brian H. Upp, Kornfeld, Franklin & Phillips, Guaranty Bank & Trust Co.; JOHN T. CARPENTER, ESQ. for Herman Geller, et al., Daniel Pickerell, et al., Dorothy Ploeger, et al. and Jerry Sherwood, et al.; THOMAS W. TUCKER, ESQ. for Margaret R. Holton; A. CLIFTON BLACK, ESQ. for John C. Redmond, David L. Hinshaw and Richard E. Whiteside; GERALD SAWATZKY, ESQ. for Hugh David Bradbury, et al.; J. MICHAEL MAHAFFEY, ESQ.  for Carroll Farmer, et al.  (cds) |
| 4/02/13 | | APPEARANCE;  CLARENCE C. FRANK, ESQ. for Daniel Anderson (cds) |
| 84/02/14 | 3 | REQUEST FOR EXTENSION OF TIME -- pltfs. John C. Redmond, David L. Hinshaw, and Richard E. Whiteside -- GRANTED TO AND INCLUDING FEBRUARY 17, 1984 TO THESE PLAINTIFFS ONLY  (cds) |
| 84/02/14 | | APPEARANCES:  VICTOR T. HUDSON, ESQ. for Julien E. Marx, et al.; LEE E. BAILEY, ESQ. for Richard H. Edwards   (cds) |
| 84/02/15 | 4 | RESPONSE, MEMORANDUM, AFFIDAVIT OF CLARENCE C. FRANK -- pltf. Daniel L. Anderson -- w/cert. of service   (cds) |
| 84/02/16 | 5 | RESPONSE -- Guaranty Bank & Trust Co. -- w/cert. of service (cds) |
| 84/02/16 | 6 | RESPONSE, MEMORANDUM IN SUPPORT -- BancTexas Group, Inc. -- w/cert. of service   (cds) |
| 84/02/17 | | APPEARANCE:   Brooke S. Murphy for Howard, Weil, Labouisse, Friedrichs, Inc.   (emh) |

585      In re Invoil Securities Litigation

| Date | No. | Entry |
|---|---|---|
| 84/02/17 | 7 | RESPONSE/MEMORANDUM -- Pltfs. John Redmond, David Hinshaw & Richard Whiteside -- w/cert. of svc. (emh) |
| 84/02/17 | 8 | REQUEST FOR EXTENSION OF TIME -- Howard, Weil, Labouisse, Friedrichs, Inc. -- GRANTED to & including February 27, 1984 -- w/svc. -- NOTIFIED PASL. (emh) |
| 84/02/23 | 9 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- movant Prudential-Bache Sec., Inc., Prudential-Bache Energy Corp., and Robert E. Green -- GRANTED TO AND INCLUDING MARCH 8, 1984 (cds) |
| 84/02/23 | 10 | STATUS NOTICE -- Plaintiff Daniel L. Anderson -- w/Exhibit and cert. of service (cds) |
| 84/02/24 |  | HEARING ORDER -- Setting motion of Prudential-Bach Securities, Inc., Prudential-Bache Energy Corp. and Robert E. Green for transfer of actions to W.D. Oklahoma -- in Birmingham, Alabama on March 29, 1984. (emh) |
| 84/02/24 | 11 | RESPONSE -- Bradbury plaintiffs -- w/cert. of service and Exhibits A-D (cds) |
| 84/02/24 | 12 | REQUEST FOR EXTENSION OF TIME -- Brian H. Upp, and Kornfeld, Franklin & Phillips -- GRANTED FOR FILING TODAY (cds) |
| 84/02/24 | 13 | RESPONSE -- Brian H. Upp, and Kornfeld, Franklin & Phillips -- w/cert. of service (cds) |
| 84/02/27 | 14 | RESPONSE, BRIEF -- Howard, Weil, Labouisse, Friedrichs, Inc. -- w/cert. of service and attachment (cds) |
| 84/02/27 | 15 | RESPONSE, AFFIDAVIT OF VICTOR T. HUDSON, ATTACHMENTS -- Julien E. Marx and I. David Cherniak -- w/cert. of service (cds) |
| 84/03/08 | 16 | RESPONSE/MEMORANDUM -- Prudential-Bache Securities, Inc., Prudential-Bache Energy Corp. and Robert E. Green -- w/Exhibit and cert. of svc. (emh) |
| 84/03/19 | 17 | RESPONSE -- Gunnar Anderson, Roy A. Brandell, Larry J. Brandt, Linda L. Brandt, James Hunt, R.A. Gray, Gerald L. Smith, Harold P. Smith, J.V. Smith, Invoil, Inc. and its partnerships -- w/cert. of service (cds) |
| 84/03/22 |  | APPEARANCE -- Gerald Sawatzky for Hugh David Bradbury (emh) |
| 84/03/28 | 18 | STATUS NOTICE (Re; A-17) -- Pltf. Daniel L. Anderson -- w/Exhibits and cert. of svc. (emh) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 585 -- In re Invoil Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/03/28 | | HEARING APPEARANCES: JOHN M. FRIEDMAN, JR., ESQ. for Prudential-Bache Sec., Inc., et al.; JIM H. GOERING, ESQ. for Hugh David Bradbury, et al.; VICTOR T. HUDSON, ESQ. for I. David Cherniak and Julien E. Marx; GEORGE W. DAHNKE, ESQ. for Guaranty Bank & Trust Co.; (cds) |
| 84/03/28 | | WAIVERS OF ORAL ARGUMENT: Howard, Weil, Labouisse, Friedrichs, Inc.Margaret R. Holton; Daniel Anderson; Gunnar Anderson, et al.; R.E. Rainbolt; Herman Geller, et al., Jerry Sherwoood, et al., Daniel Pickrell, et al., Dorothy Ploeger, et al.; Brian H. Upp, and Kornfeld, Satterfield, McMillin, Harmon, Phillips & Upp; Delaine Farmer (cds) |
| 84/04/16 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Ralph G. Thompson pursuant to 28 U.S.C. §1407. (emh) |
| 84/04/16 | | TRANSFER ORDER -- transferring actions (A-10 thru 13, A-15 & A-17) to the Western District of Oklahoma. THIS ORDER also denies transfer of A-14 (D.Kansas action) pursuant to 28 U.S.C. §1407. NOTIFIED PASL, Recipients, Involved clerks and judges. (emh) |
| 84/06/27 | | Reassignment orders in the W.D. Oklahoma -- Signed by Judges Eubanks (rh) |
| 84/06/27 | | ORDER REASSINGING LITIGATION -- pursuant to 28 U.S.C. §1407 reassigned to the Honorable Luther B. Eubanks, W.D. Oklahoma. Notified involved counsel, judge and clerk. (rh) |
| 84/07/03 | 19 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- Norman Fried, et al. v. Prudential-Bache Securities, Inc., et al., S.D.N.Y., C.A. No. 84-CIV-3298 - filed by defts. Gunnar Anderson, Roy A. Brandell, Larry J. Brandt, Linda L. Brandt, James Hunt, R.A. Gray, Gerald L. Smith, Harold P. Smith, J.V. Smith, Invoil, Inc. and its partnerships w/cert. of svc. (ds) |

| | | |
|---|---|---|
| 84/07/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- A-24 Norman Fried, et al. v. Prudential-Bache Securities, Inc., et al., S.D. New York, C.A. No. 84CIV-3298. Notified involved judge and counsel (rh) |
| 84/08/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- A-24 Norman Fried, et al. v. Prudential-Bache Securities, Inc., et al., S.D. New York, C.A. No. 84CIV-3298 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 84/08/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- A-24 Norman Fried, et al. v. Prudential-Bache Securities, Inc., et al., S.D. New York, C.A. No. 84CIV-3298 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 87/02/06 | 20 | SUGGESTION FOR REMAND for one action from the Honorable Luther B. Eubanks. (paa) |
| 87/02/06 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-13 Julien E. Marx, et al. v. Bache Halsey Stuart Shields, Inc., et al., W.D. Oklahoma, C.A. No. 84-1192-E (S.D. Alabama, C.A. No. 83-0164C) -- NOTIFIED INVOLVED JUDGE & COUNSEL. (paa) |
| 87/02/24 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-13 Julien E. Marx, et al. v. Bache Halsey Stuart Shields, Inc., et al., W.D. Okla., #84-1192-E (S.D. Ala., #83-0164C) -- NOTIFIED INVOLVED JUDGE AND CLERKS (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 585 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE INVOIL SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/29/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/16/84 | TO | Unpublished | W.D. Oklahoma | ~~Ralph G. Thompson~~ Luther B. Eubanks | |

### Special Transferee Information

DATE CLOSED: 1-7-87

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 585 -- In re Invoil Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Herman Geller, et al. v. Prudential-Bache Securities, Inc., et al. | W.D.Okla. Thompson | 83-1726E | | | 1-7-87 D | |
| A-2 | Daniel Pickrell, et al. v. Prudential-Bache Securities, Inc., et al. | W.D.Okla. Thompson | 83-1727E | | | 12-30-86 D | |
| A-3 | Herman Geller, et al. v. Prudential-Bache Securities, Inc., et al. | W.D.Okla. Thompson | 83 1728E | | | 12-30-86 D | |
| A-4 | Dorothy Ploeger, et al. v. Prudential Bache Securities, Inc., et al. | W.D.Okla. Thompson | 83 -1731E | | | 1-7-87 D | |
| A-5 | Herman Geller, et al. v. Prudential Bache Securities, Inc., et al. | W.D.Okla. Thompson | 83 1732E | | | 1-7-87 D | |
| A-6 | Jerry Sherwood, et al. v. Prudential-Bache Securities, Inc., et al. | W.D.Okla. Thompson | 83-2294E | | | 12-30-86 D | |
| A-7 | Jerry Sherwood, et al. v. Prudential-Bache Securities, Inc., et al. | W.D.Okla. Thompson | 83 2295E (6) | | | 12-30-86 D | |
| A-8 | Jerry Sherwood, et al. v. Prudential-Bache Securities, Inc., et al. | W.D.Okla. Thompson | 83-2696E | | | 12-30-86 D | |
| A-9 | Jerry Sherwood, et al. v. Prudential-Bache Securities, Inc., et al. | W.D.Okla. Thompson | 83-2797E | | | 12-30-86 D | |
| A-10 | John C. Redmond v. Bache, Halsey, Stuart and Shields, Inc., et al. | M.D.Fla. Reed | 83-256-ORL-CIV-11 | APR 16 1984 | 84-1193E | 12-30-86 D | |
| A-11 | David L. Hinshaw v. Bache, Halsey, Stuart and Shields, Inc., et al. | M.D.Fla. Reed | 83-257-ORL-CIV-11 | APR 16 1984 | 84-1194E | 12-30-86 D | |
| A-12 | Richard E. Whiteside v. Bache, Halsey, Stuart and Shields, Inc., et al. | M.D.Fla. Reed | 83-258-ORL-CIV-11 | APR 16 1984 | 84-1195E | 1-5-87 D | |

DOCKET NO. 585 -- In re Invoil Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Julien E. Marx, et al. v. Bache Halsey Stuart Shields, Inc., et al. | S.D.Ala. Bagwell COX | 83-0164 | APR 16 1984 | 84-1192E | 2/24/87 R | |
| A-14 | Hugh David Bradbury, et al. v. Prudential-Bache Securities, Inc. et al. | D.Kan. Wooley | 83-1796 | Not Transferred | | | |
| A-15 | Carroll D. and Delaine S. Farmer v. Prudential-Bache Energy Corp., et al. | W.D.Tex. Nowlin | 183-CA-447 | APR 16 1984 | 84-1197E | 12-30-86 D | |
| A-16 | Richard H. Edwards v. Prudential-Bache Energy Corp., et al. | E.D.Mo. Mendenhall | 83-2376C | Not Counted | | | |
| A-17 | Daniel L. Anderson v. Prudential-Bache Securities, Inc. | S.D.Ind. Steckler | 83-1934C | APR 16 1984 | 84-1196E | 12-30-86 D | |
| XYZ-18 | Mark A. Kozinn, et al. v. Prudential Bache Securities, Inc., et al. | W.D.Okla | 84-802E | | | 12-30-86 D | |
| XYZ-19 | Cornelia F. Barlow, et al. v. Prudential Bache Securities Inc., et al. | W.D.Okla | 84-803E | | | 12-30-86 | |
| XYZ-20 | George Sherwood, v. Prudential-Bache Securities, Inc., et al. | W.D.Okla | 84-804E | | | 12-30-86 D | |
| XYZ-21 | Albert A. Miller, et al. v. Prudential Bache Securities, Inc., et al. | W.D.Okla | 84-805E | | | 12-30-86 D | |
| XYZ-22 | Terrance Ferry v. Prudential Bache Securities, Inc., et al. | W.D.Okla | 84-806E | | | 12-30-86 D | |
| XYZ-23 | Steve Z. Laufer v. Invoil Inc., et al | W.D.Okla | 83-388 | | | 5-21-87 | trans.1404(a) to Okla.,W. |

Annotation: July 1984 - 6 YR/9 XYZ/15 Pg.

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-24 | Norman Fried, et al. v. Prudential-Bache Securities, Inc., et al. 7-18-84 | S.D.N.Y. Griesa | 84CIV-3298 | 8/3/84 | 84-2169E | 1-7-87D | |
| XYZ-25 | July 1985 — 7 TR; 15 XYZ's; 22 Pending<br><br>Gerald W. Bobier v. Howard, Weil, Lououisse, Fredericks Co., Inc., et al.<br><br>July 1986 — 1 XYZ / 23 Pending<br><br>July 1987 — Litigation Closed | W.D.OK | 83-2535-E | | | 12-30-86 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 585 -- In re Invoil Securities Litigation

---

HERMAN GELLER, ET AL. (A-1)(A-3)(A-5)
DANIEL PICKERELL, ET AL. (A-2)
DOROTHY PLOEGER, ET AL. (A-4)
JERRY SHERWOOD, ET AL. (A-6)(A-7)(A-8)
                                    (A-9)
John T. Carpenter, Esquire
c/o Schumacher & Gilroy
100 Historic Library Plaza
1823 Harney Street
Omaha, Nebraska   68102-1908

MARGARET R. HOLTON (Intervenor Plaintiff
   in A-2)
Thomas W. Tucker, Esquire
717 St. Charles Street
New Orleans, Louisiana   70130

JOHN C. REDMOND (A-10)
DAVID L. HINSHAW (A-11)
RICHARD E. WHITESIDE (A-12)
A. Clifton Black, Esquire
5705 Hansel Avenue
Orlando, Florida   32809

JULIEN E. MARX, ET AL. (A-13)
Victor T. Hudson, Esquire
Reams, Wood, Vollmer, Philips,
   Killion & Brooks, P.C.          remanded
P.O. Box 8158
Mobile, Alabama   36608

HUGH DAVID BRADBURY (A-14)
Gerald Sawatzsky, Esquire
Foulston, Siefkin, Powers & Eberhardt
700 Fourth Financial Center
Wichita, Kansas 67202

CARROLL D. FARMER, ET AL. (A-15)
J. Michael Mahaffey, Esquire
Todd Hunter, Esquire
Kleberg, Dyer, Redford & Weil
1200 CCNB Center, North
Corpus Christi, Texas   78471

RICHARD H. EDWARDS (A-16)
Lee E. Bailey, Esq.
Green, Kehr, Kanefield &
   Hoffman
7733 Forsyth Blvd.
Suite 1195
Clayton, Missouri   63106

DANIEL L. ANDERSON (A-17)
Clarence C. Frank, Esq.
Andrew C. Mallor Associates P.C.
1011 North Walnut Street
P.O. Box 1426
Bloomington, Indiana   47402


PRUDENTIAL-BACHE SECURITIES INC.
PRUDENTIAL-BACHE ENERGY CORP.
ROBERT GREEN
John M. Friedman, Jr., Esq.
Dewey, Ballantine, Bushby,
   Palmer & Wood
140 Broadway
New York, New York   10005

ROBERT GREENSTEIN
Jerome F. Raskas, Esq.
915 Olive Street
Suite 1601
St. Louis, MO   63101

BancTEXAS GROUP, INC.
W. Ted Minick, Esq.
Winstead, McGuire, Sechrest
   & Minick
1700 Mercantile Dallas Building
Dallas, Texas   75201

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 585 -- In re Invoil Securities Litigation

---

ROY A. BRANDELL
LARRY J. BRANDT
LINDA L. BRANDT
HAROLD P. SMITH
J.V. SMITH
INVOIL DRILLING FUND 1980-II, LTD.
INVOIL KANSAS DRILLING FUND 1980-II, LTD.
INVOIL KANSAS DRILLING FUND 1980-III, LTD
INVOIL TEXAS DRILLING FUND 1980, LTD.
INVOIL TRI-STATE DRILLING FUND 1981, LTD.
INVOIL HORIZON DRILLING FUND 1981, LTD.
INVOIL SALT CREEK DRILLING FUND, LTD.
C. Craig Cole, Esq.
Dickerson, Cole, Bruce & Huff
4101 Classen Boulevard
Suite B
Oklahoma City, Oklahoma   73118

H.E. RAINBOLT
John E. Hermes, Esq.
McAfee & Taft
Fifth Floor, 100 Park Avenue
Oklahoma City, OK   73102

ARTHUR ALLY
Kenneth R. Marchman, Esq.
Hunter, Pattillo, Marchman,
  Mapp & Davis
Post Office Box 340
243 West Park Avenue
Winter Park, Florida   32790

BRIAN H. UPP
KORNFELD, FRANKLIN & PHILLIPS
John B. Hayes, Esq.
Looney, Nichols, Johnson & Hayes
Post Office Box 468
Oklahoma City, OK   73101

GUARANTY BANK AND TRUST CO.
George W. Dahnke, Esq.
Hastie and Kirschner
First Oklahoma Tower
Suite 3000
Oklahoma City, OK   73102

HOWARD, WEIL, LAVOUISSE, FREDERICHS
   CO., INC.
Brooke S. Murphy, Esquire
Crowe & Dunlevy
1800 Mid-America Tower
20 North Broadway
Oklahoma City, Oklahoma   73102

NORMAN FRIED, ET AL. (B-24)
Samuel E. Sporn, Esquire
Schoengold & Sporn
217 Broadway
New York, New York   10007

ED DEVEREAUX Deft. in (B-24)
John Friedman
Same as Prudential-Bache Securities, Ind.

WELLS-BATTELSTEIN OIL & GAS, INC.
INVOIL FRONTIER DRILLING FUND 1981, LTD.
JAMES HUNT   AND INVOIL, INC.
Defendants B-24
C. Craig Cole, Esq.
Previously listed

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 585 -- In re Invoil Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Prudential-Bache Securities Inc. | A-1 thru A-17  B-24 |
| Prudential-Bache Energy Corp | A-1, A-2, A-4, A-5, A-8, A-13, A-14, A-15, A-16  B-24 |
| Robert E. Green | A-15 |
| Robert E. Greenstein | A-16 |
| Larry Brandt | A-1, A-9, A-13, A-16, B-24 |
| Linda Brandt | A-1, A-9, A-13, A-16, B-24 |
| H.P. Smith | A-1, A-9, A-13, A-16 |
| H.E. Rainbolt | A-1, A-9, A-16, B-24 |
| Roy A. Brandell | A-1, A-9, A-16, B-24 |
| J.V. Smith | A-1, A-9, A-16, B-24 |
| Brian Upp | A-1, A-9, A-16 |

p. 2

| | |
|---|---|
| ✓ Kornfeld, Franklin & Phillips<br>Kornfeld, Satterfield McMillin, Harmon, Phillips & Upp | A-1, A-9, A-16 |
| ✓ Guaranty Bank & Trust Co. of Oklahoma City | A-1, A-4, A-5 |
| Howard, Weil, Lavouisse, Frederichs Co., Inc. | A-3, A-6, A-7 |
| Arthur Ally ✓ | A-10, A-11, A-12 |
| Invoil Salt Creek Drilling Fund 1980, Ltd. | A-6 |
| Invoil Kansas Drilling Fund 1980-II, Ltd. | A-7 |
| Invoil Texas Drilling Fund 1980, Ltd. | A-8 |
| Invoil Drilling Fund 1980-II, Ltd. | A-9 |
| ✓ BancTexas Group Inc. | A-8 |
| Invoil Tri-State Drilling Fund 1981, Ltd. | A-1 |
| Invoil Kansas Drilling Fund 1980-III, Ltd. | A-3 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 585 -- In re Invoil Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Invoil Horizon Drilling Fund 1981, Ltd. | A-5  B-24 |
| Ed Devereaux | B-24 |
| Wells-Battelstein Oil & Gas, Inc. | B-24 |
| Invoil Frontier Drilling Fund 1981, Ltd. | B-24 |
| Invoil, Inc. | B-24 |
| John Lowe | B-24 |
| James G. Hung | B-24 |