JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 16 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 585

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INVOIL SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of sixteen actions pending in six districts as follows:[1]

|  |  |
|---|---|
| Western District of Oklahoma | 9 actions |
| Middle District of Florida | 3 actions |
| Southern District of Alabama | 1 action |
| Southern District of Indiana | 1 action |
| District of Kansas | 1 action |
| Western District of Texas | 1 action |

Before the Panel is a motion by three related defendants to centralize all actions in the Western District of Oklahoma for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.

On the basis of the papers filed and the hearing held, the Panel finds that transfer of all actions but the Kansas action to the Western District of Oklahoma will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The actions to be centralized share numerous factual questions relating to the promotion, financing and sale of limited partnership interests in oil and gas drilling partnerships of which Invoil, Inc., (Invoil) was the general partner. Centralization of these actions is therefore necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. The Kansas action, however, is brought by purchasers of interests in an Invoil program that is not involved in any other action pending outside the Western District of Oklahoma or in any of the Oklahoma actions (which have been consolidated for pretrial purposes pursuant to local court rule). Movants have failed to demonstrate the existence of sufficient common questions of fact and remaining common discovery that would warrant centralization of the Kansas action with the other actions in this docket.

---

[1]  An additional action, Richard H. Edwards v. Prudential-Bache Energy Corp., et al., E.D. Missouri, C.A. No. 83-2376C, was included on the schedule of actions accompanying the motion now before the Panel. That action has since been dismissed and, accordingly, the question of transfer with respect to that action is moot.

-2-

We are persuaded that the Western District of Oklahoma is the appropriate transferee forum for this litigation.  We note that 1) nine of the sixteen actions are already pending there; 2) the vast majority of plaintiffs are already parties to actions there; 3) most of the defendants have their residence or principal place of business in Oklahoma, or are already parties to actions pending there; and 4) the Invoil officers and employees likely to be called as witnesses, as well as relevant records, are located in or near Oklahoma City, where Invoil had its offices.

IT IS THEREFORE ORDERED that transfer pursuant to 28 U.S.C. §1407 of the action listed on the attached Schedule A and pending in the District of Kansas be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. §1407, the remaining actions listed on the attached Schedule A and pending outside the Western District of Oklahoma be, and the same hereby are, transferred to to the Western District of Oklahoma and, with the consent of that court, assigned to the Honorable Ralph G. Thompson for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-585 -- In re Invoil Securities Litigation

### Southern District of Alabama

Julien E. Marx, et al. v. Bache Halsey Stuart Shields, Inc.,
et al., C.A. No. 83-0164C

### Middle District of Florida

John C. Redmond v. Bache, Halsey, Stuart and Shields, Inc.,
et al., C.A. No. 83-256-ORL-CIV-11
David L. Hinshaw v. Bache, Halsey, Stuart and Shields, Inc.,
et al., C.A. No. 83-257-ORL-CIV-11
Richard E. Whiteside v. Bache, Halsey, Stuart and Shields,
Inc., et al., C.A. No. 83-258-ORL-CIV-11

### Southern District of Indiana

Daniel L. Anderson v. Prudential-Bache Securities, Inc.,
C.A. No. 83-1934C

### District of Kansas

Hugh David Bradbury, et al. v. Prudential-Bache Securities,
Inc., et al., C.A. No. 83-1796

### Western District of Texas

Carroll D. Farmer, et al. v. Prudential-Bache Energy Corp.,
et al., C.A. No. 183-CA-447

### Western District of Oklahoma

Herman Geller, et al. v. Prudential-Bache Securities, Inc.,
et al., C.A. No. 83-1726T
Daniel Pickrell, et al. v. Prudential-Bache Securities,
Inc., et al., C.A. No. 83-1727T
Herman Geller, et al. v. Prudential-Bache Securities, Inc.,
et al., C.A. No. 83-1728T
Dorothy Ploeger, et al. v. Prudential-Bache Securities,
Inc., et al., C.A. No. 83-1731T
Herman Geller, et al. v. Prudential-Bache Securities, Inc.,
et al., C.A. No. 83-1732T
Jerry Sherwood, et al. v. Prudential-Bache Securities, Inc.,
et al., C.A. No. 83-2294T
Jerry Sherwood, et al. v. Prudential-Bache Securities, Inc.,
et al., C.A. No. 83-2295T

-2-

Western District of Oklahoma (Continued)

Jerry Sherwood, et al. v. Prudential-Bache Securities, Inc.,
  et al., C.A. No. 83-2696T
Jerry Sherwood, et al. v. Prudential-Bache Securities, Inc.,
  et al., C.A. No. 83-2797T

DOCKET NO. 585

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 27 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INVOIL SECURITIES LITIGATION

ORDER REASSIGNING LITIGATION

Inasmuch as the actions in the above litigation have been reassigned to the Honorable Luther B. Eubanks, in accordance with the Local Rules for the United States District Court for the Western District of Oklahoma,

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Luther B. Eubanks for the remainder of the coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

Andrew A. Caffrey
Chairman